# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 19-mj-22570-JSC-WQH |
| Plaintiff, | |
| v. | **Order Staying Proceedings** |
| Pedro Bautista-Bautista, | |
| Defendant. | |

On joint motion of the parties (ECF No. 13), and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Madero-Diaz,* Ninth Circuit Case No. 17-50347; *United States v. Duffy*, Ninth Circuit Case No. 17-50414; *United States v. Corrales-Vasquez,* Ninth Circuit Case No. 18-50206; *United States v. Perez-Martinez,* Ninth Circuit Case No. 18-50266, *United States v. Chavez-Diaz,* Ninth Circuit Case No. 18-50391, or until further order of the Court.

Dated: July 10, 2019

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court